# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                              NO. 2020 KW 0777

VERSUS

TREVEL WATTS                                    **OCTOBER 26, 2020**

---

In Re:     Trevel Watts, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           512692.

---

**BEFORE:     WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **JEW**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT